# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 09CR0312-IEG |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| VICENTE CASTENEDA-PEREZ, | ) | |
| Defendant. | ) | |

Upon motion of the United States,

    IT HEREBY IS ORDERED that the Indictment is dismissed without prejudice.

**SO ORDERED.**

**DATED: July 24, 2009**

*[signature]*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**